

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-22-00680-CV

**IN THE INTEREST OF A.N.C., E.L.G., I, C-, C-G, O.N. C-G, CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01192
Honorable Martha Tanner, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record is currently due on October 24, 2022. *See* TEX. R. APP. P. 35.1(b). On October 18, 2022, the court reporter filed a notification of late record requesting an extension of time to file the record until October 29, 2022. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the reporter's record **by October 31, 2022**. *See* TEX. R. APP. P. 35.3(c).

It is so **ORDERED** on October 20, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT